United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                    Case No. 19-03655-RNO
Robyn P Albrecht                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: May 11, 2020
                             Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
db              +Robyn P Albrecht,    115 Country Club Road,    Dallas, PA 18612-9140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
              Kevin M Walsh    on behalf of Debtor 1 Robyn P Albrecht  KMWesq@aol.com,  law297@aol.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Robyn P. Albrecht | : | **CHAPTER 13 BANKRUPTCY** |
| | : | |
| **Debtor** | : | **CASE NO. 5:19-bk--3655** |

## ORDER ALLOWING DEBTOR'S MOTION TO SELL REAL ESTATE
## <u>363(b) – 115 Country Club Road, Dallas</u>

Upon consideration of the within Motion and after Notice duly given to the Creditors and other parties in interest, the Debtor is hereby granted leave to sell real estate of the above captioned case located at 115 Country Club Road, Dallas, Luzerne County, PA to Brett Mickavicz for the sum of purchase price described in the privately negotiated written sale agreement a copy of which is attached to the Motion.

Debtor is allowed to execute all papers and documents reasonably necessary to transfer said real estate and to effectuate the sale.

Further, the Debtor is granted leave to allow distribution of the proceeds of the sale at closing as follows:

    a.    Any out-of-pocket expenses advanced by Kevin M. Walsh, Esquire in connection with the sale of the aforementioned property, and which have not been reimbursed at the time of settlement along with an attorney fee of $500.00;

    b.    Any notarization and/or incidental recording fees associated with the sale of the above property;

    c.    Any transfer tax and recording fees which are the responsibility of the Seller;

    d.    The payoff of the M and T Bank mortgage;

    e.    The payoff of any unpaid real estate taxes due to Luzerne County Tax Claim;

f. The payment of the current real estate taxes, sewer charges, garbage/refuse fees, and other closing costs or municipal claims;

g. There is no Realtor involved in this sale;

h. The sum of $100.00 to Debtor; and,

i. The balance, if any and none is expected, to the Chapter 13 Trustee for plan purposes.


Dated: May 8, 2020                    By the Court,

_____

Robert N. Opel, II, Bankruptcy Judge  BI