UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| ROBYN P ALBRECHT | : | |
| Debtor(s) | : | CASE NO. 5-19-03655 |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 39 |
| vs | : | |
| ROBYN P ALBRECHT | : | MOTION TO DISMISS |
| Respondent(s) | : | |

## ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Wilkes Barre, PA in said District,

Upon consideration of the STIPULATION filed on June 30, 2021 between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's MOTION TO DISMISS for material default filed on or about June 03, 2021

IT IS HEREBY ORDERED that said Stipulation is APPROVED.