# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robyn P. Albrecht fka Robyn Hanson-Saxton <br>         Debtor <br><br> M&T Bank, its successors and/or assignees <br>         Movant <br>    vs. <br><br> Robyn P. Albrecht fka Robyn Hanson-Saxton <br>         Debtor <br><br> Jack N. Zaharopoulos, Esq. <br>         Trustee | CHAPTER 13 <br><br><br><br> NO. 19-03655 MJC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Notice of Mortgage Payment Change of M&T Bank, which was filed with the Court on or about **November 8, 2021**.

Dated: February 16, 2023

                 Respectfully submitted,


                 /s/Denise Carlon, Esq.
                 Denise Carlon, Esq.
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106
                 Phone: (215) 627-1322
                 dcarlon@kmllawgroup.com