IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robyn P. Albrecht fka Robyn Hanson-Saxton <br> Debtor(s) | CHAPTER 13 |
| M&T Bank <br> Moving Party <br> vs. <br> Robyn P. Albrecht fka Robyn Hanson-Saxton <br> Debtor(s) | NO. 19-03655 MJC |
| Jack N. Zaharopoulos <br> Trustee | Nature of Proceeding: Certification of Default |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance; Please continue the hearing 30 days to give the parties more time to pursue a potential resolution.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: May 5, 2023

/s/ Michael P. Farrington
Michael P. Farrington, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
mfarrington@kmllawgroup.com