**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Robyn P. Albrecht fka Robyn Hanson-Saxton <br> Debtor(s) | CHAPTER 13 |
| M&T Bank <br> Moving Party <br> vs. <br> Robyn P. Albrecht fka Robyn Hanson-Saxton <br> Debtor(s) | NO. 19-03655 MJC |
| Jack N. Zaharopoulos <br> Trustee | 11 U.S.C. Section 362 |

**CERTIFICATE OF CONCURRENCE**

The debtor has concurred with the request for relief in this Motion.

Respectfully submitted,

/s/ Michael P. Farrington
Michael P. Farrington, Esq.
Attorneys for Movant/Applicant