IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robyn P. Albrecht fka Robyn Hanson-Saxton<br>        Debtor(s) | BK NO. 19-03655 MJC<br><br>Chapter 13 |
| M&T Bank<br>        Movant<br>vs. | Related to Claim No. 2 |
| Robyn P. Albrecht fka Robyn Hanson-Saxton<br>        Debtor(s)<br><br>Jack N. Zaharopoulos,<br>    Trustee | |

## CERTIFICATE OF SERVICE OF
## REQUEST TO CONTINUE HEARING/TRIAL

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 5, 2023, I caused to be served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Robyn P. Albrecht fka Robyn Hanson-Saxton
115 Country Club Road
Dallas, PA 18612

Attorney for Debtor(s)
(VIA ECF)
Kevin M. Walsh, Esq.

297-299 Pierce Street (VIA ECF)
Kingston, PA 18704

Trustee
(VIA ECF)
Jack N. Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: May 5, 2023

                /s/ Michael P. Farrington
                Michael P. Farrington, Esq.
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                Phone: (215)-627-1322
                mfarrington@kmllawgroup.com