# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:  Robyn P Albrecht

                    Case No.: 5-19-03655 MJC

                    Chapter 13

    **Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | M&T |
| Court Claim Number: | 02 |
| Last Four of Loan Number: | 1788 |
| Property Address if applicable: | 115 Country Club Rd |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $43,999.98 |
| b. | Prepetition arrearages paid by the trustee: | $43,999.98 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $8,325.28 |
| f. | Postpetition arrearage paid by the trustee: | $8,325.28 |
| g. | Total b, d, and f: | $52,325.26 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: March 25, 2025

                                                  Respectfully submitted,

                                                  <u>/s/ Jack N. Zaharopoulos</u>
                                                  Standing Chapter 13 Trustee
                                                  Suite A, 8125 Adams Drive
                                                  Hummelstown, PA  17036
                                                  Phone:  (717) 566-6097
                                                  Fax:  (717) 566-8313
                                                  email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Robyn P Albrecht

Case No.: 5-19-03655 MJC

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 25, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Kevin M Walsh, Esquire
297-299 Pierce St
Kingston PA 18704

**Served by First Class Mail**
M&T Bank
PO Box 1288
Buffalo NY 14240-01288

Robyn P Albrecht
115 Country Club Rd
Dallas PA 18612

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 25, 2025

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-03655    **ROBYN P ALBRECHT**

**M & T BANK**
P.O. BOX 1288

BUFFALO, NY   14240-

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** #1788/post arrears countryc

05/20 AMENDED ADDED POST ARREARS MFR ORDER # 49 4/23 - STIPULATION APPROVED 6/30/23

|              |         | Debt:  | $8,325.28 | Interest Paid: | $0.00 |
|--------------|---------|--------|-----------|----------------|-------|
| Amt Sched:   | $0.00   |        |           | Accrued Int:   | $0.00 |
| Amt Due:     | $0.00   | Paid:  | $8,325.28 | Balance Due:   | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
|       |      |      |      |         |           | DisbDescrp |     |            |

### 5210    M & T BANK

| Claim | Name | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|---------|-----------|----------|-------|------------|
| 521-0 | M & T BANK | 03/18/2025 | 9020160 | $12.88 | $0.00 | $12.88 | 03/18/2025 |
| 521-0 | M & T BANK | 02/19/2025 | 9019999 | $165.19 | $0.00 | $165.19 | 02/19/2025 |
| 521-0 | M & T BANK | 01/15/2025 | 9019831 | $165.20 | $0.00 | $165.20 | 01/15/2025 |
| 521-0 | M & T BANK | 12/17/2024 | 9019660 | $165.20 | $0.00 | $165.20 | 12/17/2024 |
| 521-0 | M & T BANK | 10/23/2024 | 9019336 | $165.19 | $0.00 | $165.19 | 10/23/2024 |
| 521-0 | M & T BANK | 09/17/2024 | 9019162 | $165.20 | $0.00 | $165.20 | 09/17/2024 |
| 521-0 | M & T BANK | 08/07/2024 | 9018987 | $165.20 | $0.00 | $165.20 | 08/07/2024 |
| 521-0 | M & T BANK | 07/10/2024 | 9018832 | $165.19 | $0.00 | $165.19 | 07/10/2024 |
| 521-0 | M & T BANK | 05/22/2024 | 9018490 | $330.39 | $0.00 | $330.39 | 05/22/2024 |
| 521-0 | M & T BANK | 03/14/2024 | 9018136 | $165.20 | $0.00 | $165.20 | 03/14/2024 |
| 521-0 | M & T BANK | 02/14/2024 | 9017955 | $165.19 | $0.00 | $165.19 | 02/14/2024 |
| 521-0 | M & T BANK | 12/19/2023 | 9017632 | $1,352.82 | $0.00 | $1,352.82 | 12/19/2023 |
| 521-0 | M & T BANK | 03/15/2023 | 9015971 | $333.99 | $0.00 | $333.99 | 03/15/2023 |
| 521-0 | M & T BANK | 02/15/2023 | 9015767 | $166.99 | $0.00 | $166.99 | 02/15/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|---|
| 521-0 | M & T BANK | | 01/18/2023 | 9015561 | $166.99 | $0.00 | $166.99 | | 01/18/2023 |
| 521-0 | M & T BANK | | 12/13/2022 | 9015360 | $166.99 | $0.00 | $166.99 | | 12/13/2022 |
| 521-0 | M & T BANK | | 10/18/2022 | 9014929 | $352.30 | $0.00 | $352.30 | | 10/18/2022 |
| 521-0 | M & T BANK | | 08/17/2022 | 9014508 | $176.15 | $0.00 | $176.15 | | 08/18/2022 |
| 521-0 | M & T BANK | | 07/13/2022 | 9014291 | $163.94 | $0.00 | $163.94 | | 07/13/2022 |
| 521-0 | M & T BANK | | 06/14/2022 | 9014083 | $163.94 | $0.00 | $163.94 | | 06/14/2022 |
| 521-0 | M & T BANK | | 05/17/2022 | 9013870 | $327.88 | $0.00 | $327.88 | | 05/17/2022 |
| 521-0 | M & T BANK | | 04/12/2022 | 9013657 | $163.94 | $0.00 | $163.94 | | 04/12/2022 |
| 521-0 | M & T BANK | | 03/16/2022 | 9013439 | $163.94 | $0.00 | $163.94 | | 03/16/2022 |
| 521-0 | M & T BANK | | 01/19/2022 | 9012993 | $163.94 | $0.00 | $163.94 | | 01/19/2022 |
| 521-0 | M & T BANK | | 12/15/2021 | 9012752 | $163.94 | $0.00 | $163.94 | | 12/15/2021 |
| 521-0 | M & T BANK | | 11/16/2021 | 9012502 | $148.27 | $0.00 | $148.27 | | 11/16/2021 |
| 521-0 | M & T BANK | | 10/14/2021 | 9012249 | $111.98 | $0.00 | $111.98 | | 10/14/2021 |
| 521-0 | M & T BANK | | 09/14/2021 | 9011998 | $152.66 | $0.00 | $152.66 | | 09/14/2021 |
| 521-0 | M & T BANK | | 08/18/2021 | 9011747 | $152.65 | $0.00 | $152.65 | | 08/18/2021 |
| 521-0 | M & T BANK | | 07/14/2021 | 9011479 | $152.66 | $0.00 | $152.66 | | 07/14/2021 |
| 521-0 | M & T BANK | | 05/18/2021 | 9010941 | $147.79 | $0.00 | $147.79 | | 05/19/2021 |
| 521-0 | M & T BANK | | 04/15/2021 | 9010658 | $147.78 | $0.00 | $147.78 | | 05/13/2021 |
| 521-0 | M & T BANK | | 02/17/2021 | 9010072 | $295.56 | $0.00 | $295.56 | | 02/17/2021 |
| 521-0 | M & T BANK | | 12/10/2020 | 9009245 | $295.57 | $0.00 | $295.57 | | 12/10/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 521-0 | M & T BANK | | 11/03/2020 | 9008965 | $147.79 | $0.00 | $147.79 | 11/03/2020 |
| 521-0 | M & T BANK | | 09/17/2020 | 9008373 | $146.15 | $0.00 | $146.15 | 09/17/2020 |
| 521-0 | M & T BANK | | 07/07/2020 | 9007753 | $110.58 | $0.00 | $110.58 | 07/07/2020 |
| 521-0 | M & T BANK | | 06/02/2020 | 9007473 | $458.06 | $0.00 | $458.06 | 06/02/2020 |

Sub-totals: $8,325.28 $0.00 $8,325.28

Grand Total: $8,325.28 $0.00

# Disbursements for Claim

**Case:** 19-03655    **ROBYN P ALBRECHT**

**M & T BANK**
P.O. BOX 1288

BUFFALO, NY 14240-

Acct No: 1788/PRE ARREARS/115 COU

MFR ORDER # 49 4/23 - STIPULATION APPROVED 6/30/23

Sequence: 24
Modify:
Filed Date: 11/6/2019 12:00:00AM
Hold Code:

|            |            |              |             |
|------------|-----------:|--------------|------------:|
| Amt Sched: | $120,680.71 | Debt:        | $43,999.98  |
| Amt Due:   | $0.00      | Paid:        | $43,999.98  |

| | |
|---|---:|
| Interest Paid: | $0.00 |
| Accrued Int:   | $0.00 |
| Balance Due:   | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|-------|------|------|------|---------|-----------|----------|-------|------------|
| | | | | | | DisbDescrp | | |
| **5200** | **M & T BANK** | | | | | | | |
| 520-0 | M & T BANK | | 03/18/2025 | 9020160 | $68.04 | $0.00 | $68.04 | 03/18/2025 |
| 520-0 | M & T BANK | | 02/19/2025 | 9019999 | $873.08 | $0.00 | $873.08 | 02/19/2025 |
| 520-0 | M & T BANK | | 01/15/2025 | 9019831 | $873.08 | $0.00 | $873.08 | 01/15/2025 |
| 520-0 | M & T BANK | | 12/17/2024 | 9019660 | $873.08 | $0.00 | $873.08 | 12/17/2024 |
| 520-0 | M & T BANK | | 10/23/2024 | 9019336 | $873.08 | $0.00 | $873.08 | 10/23/2024 |
| 520-0 | M & T BANK | | 09/17/2024 | 9019162 | $873.08 | $0.00 | $873.08 | 09/17/2024 |
| 520-0 | M & T BANK | | 08/07/2024 | 9018987 | $873.08 | $0.00 | $873.08 | 08/07/2024 |
| 520-0 | M & T BANK | | 07/10/2024 | 9018832 | $873.08 | $0.00 | $873.08 | 07/10/2024 |
| 520-0 | M & T BANK | | 05/22/2024 | 9018490 | $1,746.17 | $0.00 | $1,746.17 | 05/22/2024 |
| 520-0 | M & T BANK | | 03/14/2024 | 9018136 | $873.08 | $0.00 | $873.08 | 03/14/2024 |
| 520-0 | M & T BANK | | 02/14/2024 | 9017955 | $873.08 | $0.00 | $873.08 | 02/14/2024 |
| 520-0 | M & T BANK | | 12/19/2023 | 9017632 | $7,149.77 | $0.00 | $7,149.77 | 12/19/2023 |
| 520-0 | M & T BANK | | 03/15/2023 | 9015971 | $1,765.14 | $0.00 | $1,765.14 | 03/15/2023 |
| 520-0 | M & T BANK | | 02/15/2023 | 9015767 | $882.57 | $0.00 | $882.57 | 02/15/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | M & T BANK | | 01/18/2023 | 9015561 | $882.57 | $0.00 | $882.57 | 01/18/2023 |
| 520-0 | M & T BANK | | 12/13/2022 | 9015360 | $882.57 | $0.00 | $882.57 | 12/13/2022 |
| 520-0 | M & T BANK | | 10/18/2022 | 9014929 | $1,861.94 | $0.00 | $1,861.94 | 10/18/2022 |
| 520-0 | M & T BANK | | 08/17/2022 | 9014508 | $930.98 | $0.00 | $930.98 | 08/18/2022 |
| 520-0 | M & T BANK | | 07/13/2022 | 9014291 | $866.43 | $0.00 | $866.43 | 07/13/2022 |
| 520-0 | M & T BANK | | 06/14/2022 | 9014083 | $866.44 | $0.00 | $866.44 | 06/14/2022 |
| 520-0 | M & T BANK | | 05/17/2022 | 9013870 | $1,732.88 | $0.00 | $1,732.88 | 05/17/2022 |
| 520-0 | M & T BANK | | 04/12/2022 | 9013657 | $866.44 | $0.00 | $866.44 | 04/12/2022 |
| 520-0 | M & T BANK | | 03/16/2022 | 9013439 | $866.44 | $0.00 | $866.44 | 03/16/2022 |
| 520-0 | M & T BANK | | 01/19/2022 | 9012993 | $866.43 | $0.00 | $866.43 | 01/19/2022 |
| 520-0 | M & T BANK | | 12/15/2021 | 9012752 | $866.44 | $0.00 | $866.44 | 12/15/2021 |
| 520-0 | M & T BANK | | 11/16/2021 | 9012502 | $783.62 | $0.00 | $783.62 | 11/16/2021 |
| 520-0 | M & T BANK | | 10/14/2021 | 9012249 | $591.86 | $0.00 | $591.86 | 10/14/2021 |
| 520-0 | M & T BANK | | 09/14/2021 | 9011998 | $806.80 | $0.00 | $806.80 | 09/14/2021 |
| 520-0 | M & T BANK | | 08/18/2021 | 9011747 | $806.80 | $0.00 | $806.80 | 08/18/2021 |
| 520-0 | M & T BANK | | 07/14/2021 | 9011479 | $806.80 | $0.00 | $806.80 | 07/14/2021 |
| 520-0 | M & T BANK | | 05/18/2021 | 9010941 | $781.05 | $0.00 | $781.05 | 05/19/2021 |
| 520-0 | M & T BANK | | 04/15/2021 | 9010658 | $781.05 | $0.00 | $781.05 | 05/13/2021 |
| 520-0 | M & T BANK | | 02/17/2021 | 9010072 | $1,562.10 | $0.00 | $1,562.10 | 02/17/2021 |
| 520-0 | M & T BANK | | 12/10/2020 | 9009245 | $1,562.10 | $0.00 | $1,562.10 | 12/10/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | M & T BANK | | 11/03/2020 | 9008965 | $781.05 | $0.00 | $781.05 | 11/03/2020 |
| 520-0 | M & T BANK | | 09/17/2020 | 9008373 | $772.47 | $0.00 | $772.47 | 09/17/2020 |
| 520-0 | M & T BANK | | 07/07/2020 | 9007753 | $584.38 | $0.00 | $584.38 | 07/07/2020 |
| 520-0 | M & T BANK | | 06/02/2020 | 9007473 | $478.79 | $0.00 | $478.79 | 06/02/2020 |
| 520-0 | M & T BANK | | 05/06/2020 | 9007237 | $752.81 | $0.00 | $752.81 | 05/06/2020 |
| 520-0 | M & T BANK | | 04/14/2020 | 9007044 | $1,189.33 | $0.00 | $1,189.33 | 04/14/2020 |

Sub-totals: $43,999.98  $0.00  $43,999.98

Grand Total: $43,999.98  $0.00