| Fill in this information to identify the case: |
|---|
| Debtor 1    Robyn P Albrecht |
| Debtor 2<br>(Spouse, if filing) |
| United States Bankruptcy Court for the: Middle District of PA |
| Case number   19-03655 MJC |

Form 4100R

# Response to Notice of Final Cure Payment          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:**    M&T Bank                        **Court claim no.** (if known):   2

**Last 4 digits** of any number you use to identify the debtor's account:    1788
**Property address:**
   115 Country Club Road
   Dallas, PA 18612

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                         $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) is due on:    05 / 22 / 2025

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:
   a.  Total postpetition ongoing payments due:                              (a)     $ _____
   b.  Total fees, charges, expenses, escrow, and costs outstanding:      + (b)     $ _____
   c.  **Total.** Add lines a and b.                                         (c)     $ _____

   Creditor asserts that the debtor(s) are contractually obligated for
   the postpetition payment(s) that first became due on:

Form 4100R                    Response to Notice of Final Cure Payment                    page 1

Case 5:19-bk-03655-MJC    Doc 64    Filed 04/09/25    Entered 04/09/25 11:57:11    Desc
Document ID: 080abae13a9ddad798bbe08c3443673ead012feaf4d34dda0889ba64b1326d15
                        Main Document    Page 1 of 3

| Part 4: | Itemized Payment History |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

 /s/
Denise Carlon
08 Apr 2025, 16:01:57, EDT

Date    04/08/2025

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                Response to Notice of Final Cure Payment                page 2

Document ID: 080abae613a9ddad798bbe08c3443673ead012feaf4d34dda0889pa84b1326d15
Case 5:19-bk-03655-MJC    Doc 64    Filed 04/09/25    Entered 04/09/25 11:57:11    Desc
Main Document    Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robyn P Albrecht fka Robyn Hanson-Saxton<br>　　　　　　　　　　　　Debtor(s) | BK NO. 19-03655 MJC<br><br>Chapter 13 |
| M&T Bank<br>　　　　　　　　　　　　Movant<br>　　vs.<br><br>Robyn P Albrecht fka Robyn Hanson-Saxton<br>　　　　　　　　　　　　Debtor(s)<br><br>Jack N Zaharopoulos,<br>　　　　　　　　　　　　Trustee | Related to Claim No. 2 |

## CERTIFICATE OF SERVICE
## RESPOSNE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 9, 2025</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Robyn P Albrecht fka Robyn Hanson-Saxton
115 Country Club Road
Dallas, PA 18612

<u>Attorney for Debtor(s) (via ECF)</u>
Kevin M Walsh, Esq.
297-299 Pierce Street
Kingston, PA 18704

<u>Trustee (via ECF)</u>
Jack N Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: <u>April 9, 2025</u>

　　　　　　　　　　　　　　　　　　<u>**/s/ Denise Carlon**</u>
　　　　　　　　　　　　　　　　　　Denise Carlon Esquire
　　　　　　　　　　　　　　　　　　Attorney I.D. 317226
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　201-549-2363
　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com