Certificate Number: 15317-PAM-DE-039626554

Bankruptcy Case Number: 19-03655


15317-PAM-DE-039626554

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 5, 2025, at 8:47 o'clock AM PDT, Robyn Albrecht completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 5, 2025

By: /s/Kaycee Cadano

Name: Kaycee Cadano

Title: Credit Counselor